UNITED STATES of AMERICA
EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

FAYE TEDFORD,

   Plaintiff, and a class of similarly situated individuals,

-vs-                                  Case No. 19-10433
                                          Hon. Matthew F. Leitman

FOSTER, SWIFT, COLLINS & SMITH, P.C.*,*

   Defendant.

## JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT (Fed.R.Civ.P. 23(e))

The Plaintiffs, jointly with the Defendant, respectfully request that this Court give preliminary approval to a class action settlement agreement, pursuant to Fed.R.Civ.P. 23(e). In support of this motion, the parties state as follows:

1. The parties have reached a class-wide settlement agreement, which is attached as Appendix A. This includes a notice (attached as Exhibit 1 to the agreement) for mailing.

2. This agreement would settle claims made under the Fair Debt Collection Practices Act (15 U.S.C. §1692 *et seq.*). Plaintiffs alleged that Defendant dunned Plaintiff and class members, through collection letters that were sent and which Plaintiff claims were misleading and did not contain certain notices

Page 1 of 6

required by the Fair Debt Collection Practices Act. Plaintiff claims these letters violated 15 U.S.C. §§1692g, 1692e, 1692e(2), and 1692e(10).

3. Defendant denies any liability, or wrongdoing, and any violation of the Fair Debt Collection Practices Act.

4. The parties, notwithstanding the chance that they could prevail on their claims or defenses, entered into this settlement agreement in order to avoid the possibility of an adverse result. The settlement does not stand as an admission as to the validity of the parties' claims or defenses; if this settlement is not finally approved by this Court, the parties would pursue all substantive and procedural rights that they have. (Appendix A, ¶2, 25.)

5. The settlement agreement would provide relief to a class including "All individuals with Michigan addresses to whom Defendant sent a letter in the form represented by Exhibit A to the Complaint [ECF No. 1] at any time between February 8, 2018 and March 6, 2019." There are approximately 639 persons within this class definition. (Appendix A, ¶7.)

6. The settlement provides for a total of $85,000.00 in relief to Plaintiff, the class, and their attorneys and to pay for class administration. (Appendix A, ¶¶9-12.) Specifically,

    a.    Faye Tedford would receive $2,000.00 from the class settlement fund, for services to the class;

    b.    Class counsel would receive $28,050.00 in attorney's fees and costs subject to this Court's approval; and

    c.    The class would receive a total of $50,950.00 ("settlement fund").

    d.    $4,000.00 would pay for class administration.

7. Notice would be mailed to class members, in the form of Exhibit 1 to the agreement. That notice advises class members of the nature of the suit, the relief provided by the settlement, and their rights with respect to that suit – including the right to exclude themselves, to object, or to appear. [Appendix A, ¶¶13-23 and Exhibit 1.] The parties respectfully submit that the notice conforms to the requirements of Fed.R.Civ.P. 23(c) and 23(e), and of due process.

8. The class members shall receive a pro rata share of $50,950.00. The class recovery amount shall be distributed evenly among the class members whose notices are not returned and who do not timely exclude themselves from this settlement. [Appendix A, ¶12.] No portion of the class recovery shall revert back to Defendant.

9. The parties submit that this Court can find that the settlement is within the range of reasonableness, and can be preliminarily approved. Settlements are judged on "(1) the risk of fraud or collusion; (2) the complexity, expense and likely duration of the litigation; (3) the amount of discovery engaged in by the parties; (4) the likelihood of success on the merits; (5) the opinions of class counsel and class representatives; (6) the reaction of absent class members; and (7) the public interest." *U.A.W. v. General Motors Corp.*, 497 F.3d 615, 631 (6th Cir. 2007) (citing *Granada Invs., Inc. v. DWG Corp.*, 962 F.2d 1203, 1205 (6th Cir. 1992), and *Williams v. Vukovich*, 720 F.2d 909, 922-923 (6th Cir. 1983). While this Court cannot judge the reaction of absent class members until notice is given, the parties submit that:

   a. the parties exchanged written discovery establishing (1) the size of the class, (2) the net worth of defendant (which under 15 U.S.C. §1692k is relevant to amount of money a class could receive), and (3) facts relating to the collection letters in question;

   b. the remainder of the litigation here would require further written discovery, oral discovery, and dispositive motion practice, and might also include a trial;

c. Plaintiff and Defendant both have claims and defenses that they could pursue which may lead to complete victory, thus leaving the possibility that a party could lose the case; and

d. the resolution of hundreds of claims in a single proceeding would vindicate the rights of consumers in an orderly, efficient manner.

WHEREFORE, the parties respectfully request that this Court grant preliminary approval to a class action settlement agreement, pursuant to Fed.R.Civ.P. 23(e). Further, the parties request that this Court approve of the form of notice attached as (attached as Exhibit 1 to Appendix A). to the motion, and that the Court set this matter for a fairness hearing.

Respectfully submitted,

ADAM G. TAUB & ASSOCIATES
CONSUMER LAW GROUP, PLC
By: s/ Adam G. Taub
Adam G. Taub (P48703)
Attorney for Plaintiffs
17200 West 10 Mile Rd. Suite 200
Southfield, MI 48075
 (248) 746-3790
adamgtaub@clgplc.net

        EDELMAN, COMBS, LATTURNER & GOODWIN, LLC

        By: s/ Daniel A. Edelman
            Daniel A. Edelman
            Cathleen M. Combs
            David Kim
            Attorneys for Plaintiffs
            20 S. Clark St., Suite 1500
            Chicago, Illinois 60603
            (312) 739-4200
            (312) 419-0379 (FAX)
            courtecl@edcombs.com

        FOSTER SWIFT COLLINS & SMITH, PC

    By: /s/ Joshua K. Richardson
        Scott A. Storey (P30232)
        Joshua K. Richardson (P71117)
        313 S. Washington Square
        Lansing, MI 48933
        (517) 371-8303
        sstorey@fosterswift.com
        jrichardson@fosterswift.com
        *Counsel for Defendant*